ORIGINAL

CC:HG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2009

at 3 o'clock and 3 min. P M.
SUE BEITIA, CLERK

*U.S. District Court for the District of Hawaii*

Presented By:
    Jehovah's & Jesus Kingdom
    Dr. T. Lee Ketchm ARK
    85-175 Farrington Hwy C303
    Waianae, HI JJK 96792-2148

Truman Lee Ketchmark, his heirs and assigns,
In forma pauperis  *plaintiffs*

CV09 00131 HG KSC

*Complaint For Damages*
*Notice to set for Trial*
*Demand for Jury of Twelve &*
*Revocable Guardianship Petition*
*and order attached.*

Verses

U.S.A.-United States of America; State of Hawaii;
City and County of Honolulu

George W. Bush, Linda Lingle, The Honolulu
Police Department and their instructors.

Administrators Ed Underwood, Laura Thielen, et al
(and all those hurting the handicapped) to follow:...
Such as: U.S.- F.B.I.; F.H.A.; H.U.D.; et al  *Defendants*

---

    Brief   Summary   Statement   BILL

On or about the First Sunday of January 2007 I, T. Lee Ketchmark was falsely Arrested, kidnapped, held hostage and tortured again as in 1988 and also on the BIG Island of Hawaii. The Police violated my privacy statement and rights "to leave alone my Briefcase" written on an 8 X 11" sheet of paper – a HPD Form.

They took my Identification out of my briefcase and it was not returned until on or About April 2007. I would like to demand justice for lost time, horrible crowded Conditions and a lack of justice in the past. Theft and attempted theft. Compensible Times 7 or more as per Gibeon verses Saul. Judged by King David. U.S.D. Court **Case 19-90-504 is unheard along with others there. Also HAWAII State Circuit Court Case # 19- 97-552 and others in the State of Washington, Clark County Dating to 1979-Alledged Judge Lodge.**

**Record setting Attorney fees of: ......................................$90.3 Million Dollars**
**Gary Galiher received $90.2 million for picking up my $1.2 Billion dollar Tobacco Settlement check I consider stolen.**

Page #2.

Truman Lee Ketchmark     Verses : Other Defendants:

1. United States of America President Barack Obama; The Democratic Party and The Republican Party. Lack of over-sight, lack of education of Party members.

2. Ronald Moon-Negligence in over-sight over Justice department.

3. Alledged Judge Chang-Negligence abandonment of case after moving up the Money ladder, to US Federal court. All other judges abandoning my case in Hawaii State Circuit Court.

4. Police officer Maderious of Hilo areas and Leroy Pasalo are negligent and liable for a false arrest, negligence, kidnap, hostage holding, and torture as mentioned in previous c cases.

5. Ed Underwood-Administrator of State of Hawaii Department of Land and Natural resources-Boating and Ocean Recreation. He formulated a policy which hurt the A.D.A handicapped, me, by double jeopardy. He forced me to pay double for a boat inspection I had already paid for in advance for two years, done by a private inspector –David Silvey. He also forced me to put myself and my boat and allother canoers, kayakers, Sailboater and powerboaters in harms way due to crowded conditions of the Ala Wai Canal. This was done by his infamous policy of 11-1-2008. I objected in writing to Him and Meghan Statts and to Ken Chee- his harbormaster. Also to Dean Aoki and Laura Thielen- head of DLNR to no avail. They all should be fired from their jobs In accordance with US FEDERAL laws of civil Rights of 1968 revised in 1988. Also along with several Senators and representatives who failed to help.

**For Damages I demand a house with parking for my boat, in fee simple, one In Makaha-waianae area and one in Makiki- Waikiki area and moving expenses.**

Dated 003-0027-002009 AD, Signed T. Lee Ketchmark (Truman)