IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUMAN LEE KETCHMARK, | Civ. No. 09-00131 HG-BMK |
| Plaintiff, | FINDING AND RECOMMENDATION THAT THIS ACTION BE DISMISSED |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

FINDING AND RECOMMENDATION THAT THIS ACTION BE DISMISSED

On August 5, 2009, this Court issued an order, noting that the deadline for serving the Complaint had passed on July 25, 2009 and that none of the Defendants named in the Complaint had been served.  The Court ordered Plaintiff to effect service of Defendants on or before September 3, 2009.  Given that Plaintiff has failed to serve Defendants by that date, the Court FINDS and RECOMMENDS that this action be dismissed.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, September 8, 2009.



  /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Ketchmark v. United States of America, et al.; CV. NO. 09-00131 HG-BMK; FINDING AND RECOMMENDATION THAT THIS ACTION BE DISMISSED.