IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TRUMAN LEE KETCHMARK, | ) | 09-CV-00131-HG-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING MAGISTRATE'S |
| vs. | ) | FINDING AND RECOMMENDATION |
| | ) | THAT THIS ACTION BE DISMISSED |
| UNITED STATES OF AMERICA, | ) | (DOC. 20) |
| STATE OF HAWAII, CITY AND | ) | |
| COUNTY OF HONOLULU, GEORGE W. | ) | |
| BUSH, LINDA LINGLE, HONOLULU | ) | |
| POLICE DEPARTMENT, ED | ) | |
| UNDERWOOD, LAURA THIELEN, | ) | |
| BARACK OBAMA, CHIEF JUSTICE | ) | |
| RONALD MOON, JUDGE CHANG, | ) | |
| POLICE OFFICER MADERIOUS, | ) | |
| POLICE OFFICER LEROY PASALO | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDING AND RECOMMENDATION THAT THIS ACTION BE DISMISSED (DOC. 20)

Findings and Recommendation having been filed and served on all parties on September 8, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation(Doc. 20), are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 30, 2009.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge