*CV-09-00131 HG-BMK* *(handwritten)*

# JEHOVAH, and JESUS' KINGDOM

85-175 Farrington Hwy, Suite C303
Waianae, HI JJK 96792-2148
10-10-987-1-808-696-2468

Jehovah's & Jesus' Kingdom
**University Medical School**

Dock: T. Lee Ketchmark, PhD; N.

*OCT 28 '09 PM 1:22 DCR DIV*
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

*OCT 28 2009*

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

**ALOHA! FROM MAKAHA! - HAWAII**
**OUR FAMILY OF BUSINESSES :**

*Oct 28, 2009 A.D.* *(handwritten)*
*RE: Civil & Criminal - 09-cv-131 HG-BK* *(handwritten)*

**RESEARCH DEPARTMENT - CANCER -**
**AIDS - WEIGHT CONTROL –**

# JEHOVAH, and JESUS' KINGDOM
## University Medical School

*Dear Helen Gilmor, Barry Kurren,* *(handwritten)*
*Ed Underwood,* *(handwritten)*
Please find enclosed $1,000.00* in tax refunds for you, and/
Or your sponsor, and JEHOVAH, and JESUS' KINGDOM.
Please make checks or money orders to:
JEHOVAH, and JESUS' KINGDOM.

Doc. T. Lee Ketchmark, PhD; N. *we*
85-175 Farrington Hwy, Suite C303*
Waianae, HI JJK 96792-2148
10-10-987-1-808-696-2468

*OFFER FREE BIBLE STUDIES!*

Lifestyle Changes Health Center
We Help Heal the Handicapped in Hawaii & Globally.
We Help the Homeless and Handicapped Have Hope and Happiness
In Hawaii!! *We Demand Henry Kaisers Home & Land to park our Boat & grant me Building on Sandy Beach."* *(handwritten)*

**PLEASE READ THE BIBLE BOOKS AND SCRIPTURES LISTED BELOW**
**AND SEND FOR OUR NEXT THREE (3) BOOK RECOMMENDATIONS.**
Tea's translation teaches, "How to cast out Satan and All the wicked Angels..."

*Please Recuse yourselfes if you cannot grant me an A.P.A. Handicapped person more Time to Drop Service to a few of the Defendants, My Deadline is 11-14-09 FOR BOAT. I thought I DId TO TR. B. OBAMA* *(handwritten)*

**ALMIGHTY JEHOVAH - G - O - D ; MY FATHER HEAVENLY, MAY YOUR NAME BE HOLY.**
**MAY YOUR KINGDOM COME, YOUR WILL BE DONE, ON EARTH, AS IT IS IN HEAVEN,**
**LIKE A LITTLE LEAVEN!**
**PLEASE GIVE US OUR DAILEY BREAD, OR DAY OF FASTING - INSTEAD, AND GUIDE**
**OUR MOCCASINS WHERE THEY TREAD. . .** (PSALM 83:18 AND MATTHEW 6:19)
**PLEASE SEND $100.00 (TAX DEDUCTIBLE) FOR THE BALANCE OF OUR PRAYER.**

**THREE FREE BIBLE STUDIES BY BOOK RECOMMENDATIONS:  1. THE NEW WORLD TRANSLATION OF THE HOLY**
**SCRIPTURES. IN MODERN ENGLISH CIRCA 1980, IT HAS GOD'S NAME IN IT THOUSANDS OF TIMES. A BOOK GOD**
**WANTS MEN AND WOMEN TO READ AND STUDY.**

**2.THE KING JAMES BIBLE OF 1611 A.D. AN ARCHEOLOGICAL DIG.  3. MY BOOK OF BIBLE STORIES- *IN THE LIBRARY***
***FOR FREE !!*  119 DIFFERENT BIBLE STORIES OR MORE, WITH GREAT BIG COLOR PICTURES,  G R E A T  BIG PRINT,**
**LITTLE SHORT WORDS, EASY TO READ-PUT YOUR LITTLE ONES ON YOUR KNEE AND READ IT TO THEM BEFORE THEY**
**ARE BIGGER THAN YOU ... OR ME...**

✱ **HERE IS YOUR ALOHA! DONATION CASH RECEIPT IN ADVANCE: RECEIVED OF: _____**
**THE AMOUNT OF $5,000.00 (FIVE THOUSAND DOLLARS) CASH FOR LOVE, AFFECTION, EDUCATION, RESEARCH, BIG**
**BUILDING FUND,  B I G  TAX REFUNDS ,  GOOD PRAYERS , AND**
**ALSO FOR A SPONSOR, IF NECESSARY, WHO PAYS TAXES AND MAY RECEIVE REFUNDS.  A $5,000.00 DONATION**
**MAY RECEIVE $1,000.00 IN TAX REFUNDS IN THE 20% TAX BRACKET ACCORDING TO IRS #526 @  1-800-TAX-FORM.**
**$1,000.00 IN TAX REFUNDS IN THE 20% TAX BRACKET MAY BE DISTRIBUTED AS FOLLOWS: $100.00  OR MORE TO:**

**JEHOVAH, AND JESUS' KINGDOM @ 85-175 FARRINGTON HWY -C303; WAIANAE, HI ! 96792- PH:1-(808)-696-2468**
**THE BALANCE GOES TO YOU, OR TO BE SHARED WITH THE SPONSOR(S).**

**SEND TAX DEDUCTIBLE DONATIONS/CONTRIBUTIONS FOR OUR NEXT 3 BOOK RECOMMENDATIONS. SUGGESTED TAX**
**DEDUCTIBLE DONATION IS $100.00  OR MORE, OR VOLUNTEER TIME. JOIN OUR FAMOUS DARING ADVENTURE TOUR**
**YACHT AND BOAT CLUB – HAWAII YACHT BROKERAGE – ALA WAI BOAT SURVEYORS**
**FAMOUS DARING ADVENTURE TOURS – PLEASE SEND TAX DEDUCTIBLE DONATIONS**
Office of  JEHOVAH, AND JESUS' KINGDOM  Affairs. *Disability Rights Centers - please send Tax Deductible Donations!* *(handwritten)*
State of  OH WHY EE
Department and Board of Education

*Sincerely, in occupied country of Hawaiian Nation.* *(handwritten)*
*Dr. T. Lee KetchmARK* *(handwritten)*          *cc P.B. OBAMA* *(handwritten)*

T. LEE KETCHMARK
~~1 SAND ISLAND ROAD #39~~
~~HONOLULU, HAWAII 96819-2277~~

*General Delivery, Pahoa, Hi 96778*
*85-175 Farrington Hwy-C303*
*Makaha-Waianae, Hi 96792*

I am a Hawaii State and U.S. Citizen and taxpayer.

In 1988 the U.S. Parks, Hawaii State or O.H.A. lava flows hit my mango in Kalapana Gardens lot #315.                                    *Back Hoe*

It destroyed my lot, mango, vive, liliquoy, roads, water, electricity, parks, etc., giving me stress, anxiety, trauma, cumulative trauma, and more depression and subconscious depression.

Cumulative trauma inaddition to that I have been receiving since 1971 when on or about December 14, 1971, the Washington State Department of Transportation violated the Fifth Amendment of the U.S. Constitution, the right of reasonable compensation for private property, by offering us $50.00 for one-hundred fifty (150) feet of timbered Washougal River Waterfront property, Washougal, Clark County, Washington.

In the attempted illegal condemnation, I was hospitalized several times, resulting in the loss of my position, job, income, retirement, life and health insurance, wife, house, building lots, cars and trucks, and my dog Muffy. She accidently strangled herself while I was in a hospital.

In 1988 U.S.F.E.M.A. (Federal Emergency Management Agency) breached its promise of 18 months tempory housing as a lava disaster victim as per 1990-00504 U.S. District Court a timely filed complaint unheard and appealed.

In 1988 I was falsely arrested, kidnapped and held hostage for 30 days in Hawaii State Hospital, Kaneohe, forced to take drugs against my will, no right to refuse drugs in violation of the law, Haldol, a tardive dyskenesia causing drug, forced to buy a $680.00 air ticket to the State of Washington then acquitted, provided a public defender only on the last day. More cumulative trauma, lost time, and wages.

Shortly after 1988 my motor home was towed by Keehi Small Boat Harbormaster and Honolulu Police Department then acquitted. I lost the $10,000.00 motorhome, $1,200.00 worth of insurance, $120.00 license registration, $10.00 safety inspection, and $10.00 title transfer. Acquitted but not returned.

1988-1995- Discrimination by Hawaii Housing Authority. I was told there was a two year wait period. It lasted 6 years, they then terminated me and said now it is a three year wait period.

*maps Washougal River House Back*

I want for partial compensation a fee simple Ilikai Apartment a-bedroom 1-bath or a penthouse with reserves to rebuild if necessary. Also all utilities and security paid in full for my lifetime and that of my children.

cc:Ken Craw c/o Gov. Cayetano
   Terrance Aratani c/o Donna Ikeda
   Angela C/o Calvin Say

*10-20-2009AD*
*I demand the above. Dr T. Lee*


TheBus DISABILITY PASS
GOOD THRU
04/10
TRUMAN LEE KETCHMARK
DEPARTMENT OF TRANSPORTATION SERVICES
CITY AND COUNTY OF HONOLULU

ed underwood — gov-lingie

1. I object to Seniors and Handicapped going around Buoy #1 also my government exempt Boat HA 8726-c as a Violation of my US civil rights "change rules for Handicapped"

2. I object to new insurance #300,000 mandatory in I object to new rate increases Both a Violation of the grandfather clause in Black's Legal Dictionary.

#3 — The Bathroom Here 4, should be as big as ↓ needs a street Drain ↑

DRY STORAGE SPACES 25 EXI 4 AD/ H/C

Ala Wai Bt Harbor

Dewey Lane

Boat @ Ala Wai CANAL

1.5 I object to price fee increase

2.8. I object to $500 million for HPD (Po Lice) and only $1C-million for STm OH WHY ee D.L.N.R. B.O.R.

chart House Harbor Pub

Ili Kai

We Need 3 or 4 cross walks at SPEED Bumps plus at Dewey Lane

Hobron Lane

DATE STAMP

Sincerely — thee Ketchut RK

S Vivian 587-1966

J. LEE KETCHMARK 1   2009

Demand
I want THE pay of the Traffic Safety Director for the years
I Demand the PAY of the Harbor master & consultant.

$30,000.
$30,000.
$60,000.

+ 1 Trailer FOR 1 Boat. + THE Bankrupt Ili Kai Hotel FOR DAMAGES TITLED in "JEHOVAH, & Jesus" Kings NAME

OCT 28 '09 PM 1:24 BOR DIU